IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ABNER CLARK MACKEY, | : | |
| Plaintiff, | : | |
| vs. | : | NO. 5:05-CV-23(WDO) |
| Warden TYDUS MEADOWS, *et al.,* | : | |
| Defendants. | : | |

RECOMMENDATION

Plaintiff herein has filed what he has styled as a "Motion to Dismiss Without Prejudice - Due to Incarceration Disability" (document # 31). No answer has yet been filed to this complaint as the undersigned has been in the process of analyzing the previously ordered supplements to the complaint as well as the multiple other attempts to amend the complaint filed by the plaintiff. Federal Rule of Civil Procedure 41(a) provides that a plaintiff may dismiss his complaint without an order of the court if filed prior to the filing of an answer or motion for summary judgment. Inasmuch as the plaintiff styled his dismissal as a motion and the same has been docketed as such the undersigned will recommend that it be granted. Plaintiff requests that this dismissal be without prejudice until he is released from prison. Plaintiff is apparently scheduled to be released in late June of 2007, and he is therefore advised that the statute of limitations for section 1983 cases in Georgia is two years from the date of the alleged violation and he will be responsible for monitoring the passage of time from the date(s) of the alleged constitutional violation(s).

It is the RECOMMENDATION of the undersigned that plaintiff's complaint be DISMISSED as set out above. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written

objections to this recommendation with the Honorable Wilbur D. Owens, Jr., Senior United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

SO RECOMMENDED, this 4th day of October, 2005.

<u>Richard L. Hodge</u>
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE