**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **ABNER MACKEY,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | **5:05-CV-23 (WDO)** |
| : | |
| **TYDUS MEADOWS, Warden, et al.,** : | |
| : | |
| **Defendants** : | |

**ORDER**

This matter is before the Court on Plaintiff's motion to dismiss without prejudice. Having carefully considered the motion, and the record as a whole, the Court HEREBY STAYS this case until 30 days after Plaintiff's release from prison which is currently scheduled for June 2007. Within 30 days of Plaintiff's release, he shall file a motion to lift the stay and proceed with this case. If a motion to lift the stay is not filed within that 30 day time period, this case shall be dismissed without further notice to any party.

**SO ORDERED this 9th day of November, 2005.**


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**